**FILED**

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI ESPINOZA,

    Plaintiff,

    v

MICHAEL J ASTRUE, Commissioner of Social Security

    Defendant.

No C 07-3115 VRW

ORDER

    By order dated March 26, 2008, plaintiff was ordered to file her summary judgment motion on or before April 11, 2008 or show cause why the court should not dismiss this action for failure to prosecute pursuant to Rule 41(b). Plaintiff was advised that failure to respond to the order in a timely fashion would result in dismissal. Plaintiff has not filed her summary judgment motion. Accordingly, this matter is DISMISSED.

    The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge