UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERRI ESPINOZA,

        Plaintiff,

  v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION et al,

        Defendant.

Case Number: C07-3115 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gina Shin - served via e-notification
Social Security Administration
333 Market Street
Suite 1500
San Francisco, CA 94105

Terri Espinoza
226 Carlton Avenue
San Bruno, CA 94066

Dated: May 22, 2008

                                         Richard W. Wieking, Clerk
                                         By: Cora Klein, Deputy Clerk