JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

RECEIVED

08 JUN 13 PM 2: 24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

TERRI ESPINOZA,

    Plaintiff,

vs.

Commissioner of the Social
Security Administration,

    Defendant.

No. 07-03115 VRW

PLAINTIFF'S MOTION
FOR REINSTATEMENT OF CASE
AND PROCEDURAL ORDER
(~~WITH PROPOSED~~ ORDER)

## MOTION

The Court dismissed this social security disability case for failure to prosecute on May 22, 2008.

Plaintiff here moves that the Court allow a reinstatement of the case, based on Plaintiff having retained an attorney, and ending Plaintiff's pro se representation, so that the case can be prosecuted without further delay. Some of the delay was based on Plaintiff's lack of knowledge of procedures, and some more recent delay was based on Plaintiff having misplaced documents during a recent move.

Plaintiff requests that the Court order that the usual summary judgment motion scheduling be used, with Plaintiff's motion to be filed no later than July 14, 2008, Defendant's cross-motion due within 30 days of filing/service of that, and Plaintiff's optional reply being due within 14 days after that. Plaintiff also requests that the case

1  be designated as "e-filing."

2                                      Respectfully,

3                                      /s/ James Hunt Miller

4                                    James Hunt Miller, Attorney for Plaintiff

5  <u>ORDER</u> <s>(PROPOSED)</s>

6        PURSUANT TO PLAINTIFF'S MOTION, IT IS ORDERED that this case
7  shall be reinstated with a substitution of attorney, the Clerk shall designate it as "e-
8  filing," and Plaintiff shall file her motion for summary judgment and/or remand by
9  July 15, 2008, and the case shall proceed after that under the terms of the procedural
10 order (docket number 2).

11 DATE: _____06/25/08_____       _____
                                                United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Vaughn R Walker]