IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI ESPINOZA,                              No    C 07-3115 VRW

    Plaintiff,                              ORDER

    v

MICHAEL J ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

         On February 9, 2009, the last day on which plaintiff Terri Espinoza could file a notice of appeal in the above-captioned case pursuant to FRAP 4(a)(1)(B), plaintiff, through counsel, moved to extend time to file a notice of appeal. Doc #19. The court may grant plaintiff's motion if she demonstrates good cause pursuant to FRAP 4(a)(5)(A)(ii).

         Plaintiff submits that good cause exists because she needs additional time to find a lawyer to represent her on appeal.

Doc #19.  But plaintiff does not explain why her current counsel cannot or will not represent her on appeal.  Accordingly, plaintiff or her current counsel are DIRECTED to explain IN WRITING why good cause exists in light of plaintiff's current representation by counsel.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge